**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**DARRELL DeNOMES (#183273)**                                          **CIVIL ACTION**

**VERSUS**                                                                                  **NO. 22-141-JWD-EWD**

**JAMES LeBLANC, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 1, 2022, (Doc. 6), to which no objection was filed;

**IT IS ORDERED** that any federal claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim under 28 U.S.C. § 1915A, that the Court declines supplemental jurisdiction over any potential state law claims, and that this case shall be **CLOSED**.

Signed in Baton Rouge, Louisiana, on December 6, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**